1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
2  Michael J. Manning, Esq.  (State Bar No. 286879)
   Tristan P. Jankowski, Esq. (State Bar No. 290301)
3  **MANNING LAW, APC**
4  4667 MacArthur Blvd., Suite 150
   Newport Beach, CA 92660
5  Office: (949) 200-8755
6  Fax: (866) 843-8308
   ADAPracticeGroup@manninglawoffice.com
7
8  Attorneys for Plaintiffs:
   CARMEN PERRI
9
10                 **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.: 2:18-cv-4610-RGK-KS |
| Plaintiff, | Hon. R. Gary Klausner |
| v. | **NOTICE OF SETTLEMENT** |
| BANGKOK GRILL, a business of unknown form; FARIBORZ DANIEL NOURIAN, an individual; and Does 1-10, | Complaint Filed:  May 25, 2018<br>Trial Date:  None |
| Defendants. | |

NOTICE OF SETTLEMENT
1

1 | Please take notice that Plaintiff, CARMEN JOHN PERRI and Defendants, BANGKOK GRILL, a business of unknown form and FARIBORZ DANIEL NOURIAN, an individual, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on November 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: November 16, 2018            **MANNING LAW, APC**

By:   */s/ Michael J. Manning, Esq.*
       Michael J. Manning, Esq.
       Joseph R. Manning, Jr., Esq.
       Tristan P. Jankowski Esq.
       Attorneys for Plaintiffs,
       Carmen John Perri

NOTICE OF SETTLEMENT
2