UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-04610-RGK (KSx) | Date | November 19, 2018 |
|---|---|---|---|
| Title | CARMEN JOHN PERRI v. BANGKOK GRILL, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Osman Taher | Daniel Nourian, Pro Se | |

**Proceedings:**   **SCHEDULING CONFERENCE (NOT HELD) ORDER TO SHOW CAUSE**

    Case called.  Counsel for defendant Bangkok Grill is not present.  Counsel inform the Court that a Notice of Settlement was filed on November 16, 2018.  The Court sets an Order to Show Cause hearing on December 3, 2018 at 9:00 a.m.

The Scheduling Conference is continued to December 3, 2018 at 9:00 a.m.

If a dismissal of the action is filed before December 3, 2018, no appearances will be necessary.

**IT IS SO ORDERED.**

|  | : | 03 |
|---|---|---|
| Initials of Preparer | slw | |